IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY KEY                                                 PETITIONER

v.                        5:07CV00018 JLH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ORDERED this 11th day of April, 2007.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE